O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HERRERA,<br><br>             Plaintiff,<br><br>      v.<br><br>COUNTRYWIDE HOME LOAN, et al.,<br><br>             Defendants.<br>_____ | Case No. EDCV 09-01621-VAP (VBKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  September 21, 2009        _____
                                                              VIRGINIA A. PHILLIPS
                                                              United States District Judge